IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON LEE MEYERS, | No. C-11-5327 TEH (PR) |
| Petitioner, | ORDER EXTENDING TIME TO PAY FILING FEE OR FILE IN FORMA PAUPERIS APPLICATION |
| v. | |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | (Doc. #6) |

This is a habeas action filed pursuant to 28 U.S.C. § 2254 by a pro se state prisoner on November 2, 2011. The Court notified Petitioner in writing at that time that the action was deficient because he had failed to pay the $5.00 filing fee or file an in forma pauperis application. Petitioner was advised that failure to pay the filing fee or file the requested items within thirty (30) days would result in dismissal of the action. Doc. #2.

//

//

//

1          Petitioner has filed a letter with the Court requesting an
2 extension of time to avoid dismissal.  Doc. #6.  Good cause
3 appearing, Petitioner is granted an extension of time until January
4 3, 2012 either to pay the filing fee or file an <u>in forma pauperis</u>
5 application.
6          The Clerk is directed to terminate the motion listed in
7 Docket number 6.

9          IT IS SO ORDERED.

11 DATED     *12/14/2011*            _____
                                    **THELTON E. HENDERSON**
12                                  **United States District Judge**

26 G:\PRO-SE\TEH\HC.11\Meyers-11-5327-eot-ifp.wpd

**2**