**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  LEON LEE MEYERS,                    No. C-11-5327 TEH (PR)

12              Petitioner,             ORDER

13        v.

14  ANTHONY HEDGPETH, Warden,

15              Respondent.

16  _____/    Doc. #19, #20

17

18        Petitioner has filed a pro se Petition for a Writ of

19  Habeas Corpus under 28 U.S.C. § 2254 challenging a judgment of

20  conviction from Alameda County Superior Court.  Doc. #1.  On April

21  17, 2012, the Court found that Petitioner's claims appeared

22  cognizable under 28 U.S.C. § 2254 and merited an Answer from

23  Respondent.  Doc. #13.  Since then, Petitioner has sought to amend

24  his petition twice.  Doc. ## 12, 16 and 19.  On May 23, 2012, the

25  Court granted in part and denied in part Petitioner's request to

26  amend his petition.  Doc. #18.  The Court granted Petitioner's

27  request to amend his petition to include the following claims for

28  habeas relief: instructional error with respect to the jury

1  instruction for assault, denial of a continuance violated his

2  constitutional rights, and denial of a legal runner violated his

3  constitutional rights.  Doc. #18.

4        Petitioner's third request to amend his petition is

5  **GRANTED IN PART AND DENIED IN PART**.  Doc. #19.  Petitioner's request

6  to amend the petition is **GRANTED** with respect to the following

7  claims:  denial of advisory counsel violated his constitutional

8  rights, Confrontation Clause claim, and instructional error

9  regarding the method of arrest.  Petitioner's request to amend the

10  petition is **DENIED** as moot with respect to the following claims:

11  instructional error for assault, denial of a continuance violated

12  his constitutional rights, and denial of a legal runner violated his

13  constitutional rights.  The Court has already granted Petitioner's

14  request to amend his petition to add these claims.  See Doc. #18.

15        Petitioner is directed to file an amended petition by July

16  30, 2012.  The first amended petition must include the caption and

17  civil case number used in this order (11-5327 TEH (PR)) and the

18  words **FIRST AMENDED PETITION** on the first page.  Because an amended

19  petition completely replaces the previous petitions, Petitioner must

20  include in his first amended petition all the claims he wishes to

21  present.  Petitioner may not incorporate material from the prior

22  petition by reference.  Failure to file an amended petition in

23  accordance with this order will result in dismissal of this action

24  for failure to prosecute under Federal Rule of Civil Procedure

25  41(b).

26

27

28                                    **2**

1          Respondent's motion for an extension of time to file its

2   Answer or other response to the habeas petition is DENIED as moot.

3   Doc. #20.

4          IT IS SO ORDERED.

5

6   DATED       _06/27/2012_            _____
                                        THELTON E. HENDERSON
7                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21   G:\PRO-SE\TEH\HC.11\Meyers-11-5327-eot and FAP.wpd

22

23

24

25

26

27

28                                   3