IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON LEE MEYERS, | No. C-11-5327 TEH (PR) |
| Petitioner, | ORDER TO SHOW CAUSE REGARDING AMENDED PETITION |
| v. | |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. / | |

Petitioner Leon Lee Meyers has filed a <u>pro se</u> Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging a judgment of conviction from Alameda County Superior Court. Doc. #1. He has paid the $5.00 filing fee. On April 17, 2012, the Court ordered Respondent, by June 17, 2012, to show cause why a writ of habeas corpus should not be granted. Doc. #13. On May 1, 2012, before Respondent filed his answer, Petitioner filed a motion to amend his petition. On May 23, 2012, the Court issued an Order Granting in Part and Denying in Part the motion to amend the petition. (Doc. #18). In the May 23, 2012 Order, the Court allowed Petitioner to include the following claims in his amended petition: instructional error with respect to the jury instruction for assault, denial of a continuance, and denial of a legal runner. The Court stated that the remainder of Petitioner's proposed claims were not stated with sufficient specificity and, if Petitioner wished to include them in another amended petition, he must file a renewed

motion to include those claims. On June 5, 2012, Petitioner submitted his amended petition.

In his amended petition, in addition to the claims that the Court allowed in the May 23, 2012 Order, Petitioner alleges other claims that he did not include in his motion to amend his petition and which the Court has not addressed. These claims appear in the section of the petition labeled "Additional Claims." They include such claims as denial of advisory counsel, denial of the right to call witnesses, double jeopardy and an unconstitutional probation violation hearing. Construed liberally, these claims appear to be cognizable on habeas review. Even though Petitioner did not include them in his motion to amend his petition, in the interests of justice and judicial economy, the Court will allow them to be included in the amended petition. However, Petitioner is advised that, he may not add claims to his petition without leave of Court to do so.

For the foregoing reasons and for good cause shown,

1. The Clerk shall serve by certified mail a copy of this Order and the Amended Petition on Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk also shall serve a copy of this Order on Petitioner.

2. Respondent shall file with the Court and serve on Petitioner, within sixty (60) days of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the Answer and serve on

Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the Petition.

If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within thirty (30) days of his receipt of the Answer.

3. In lieu of an Answer, Respondent may file a Motion to Dismiss on procedural grounds, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an Opposition or Statement of Non-Opposition within thirty (30) days of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a Reply within fifteen (15) days of receipt of any Opposition.

4. Petitioner is reminded that all communications with the Court must be served on Respondent by mailing a true copy of the document to Respondent's counsel. Petitioner also must keep the Court and all parties informed of any change of address.

IT IS SO ORDERED.

DATED     *08/07/2012*                     _____
                                           THELTON E. HENDERSON
                                           United States District Judge

G:\PRO-SE\TEH\HC.11\Meyers-11-5327-osc re amended petition.wpd

3