IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEON L. MEYERS,

        Petitioner,

   v.

ANTHONY HEDGPETH, Warden,

        Respondent.

_____/

No. C 11-5327 TEH (PR)

ORDER GRANTING RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER

    Good cause appearing, it is ordered that Respondent is granted an enlargement of time, to and including December 7, 2012, to file an answer to the petition for a writ of habeas corpus. If Petitioner wishes to file a traverse, he may do so within thirty days after he has been served with Respondent's answer.

    IT IS SO ORDERED.

DATED   *11/05/2012*

                                    THELTON E. HENDERSON
                                    United States District Judge

G:\PRO-SE\TEH\HC.11\Meyers-11-5327 EOT Grant.wpd