IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


LEON L. MEYERS,                              No. C 11-5327 TEH (PR)

           Petitioner,

        v.                                 ORDER GRANTING RESPONDENT'S
                                             MOTION FOR ENLARGEMENT OF TIME
ANTHONY HEDGPETH, Warden,                    TO FILE ANSWER

           Respondent.

_____/


      Good cause appearing, it is ordered that Respondent is granted an enlargement of time, to and including December 7, 2012, to file an answer to the petition for a writ of habeas corpus.  If Petitioner wishes to file a traverse, he may do so within thirty days after he has been served with Respondent's answer.


      IT IS SO ORDERED.


DATED      _11/05/2012_      _____
                                             THELTON E. HENDERSON
                                             United States District Judge

G:\PRO-SE\TEH\HC.11\Meyers-11-5327 EOT Grant.wpd

United States District Court
For the Northern District of California