IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON L. MEYERS, | No. C 11-5327 TEH (PR) |
| Petitioner, | ORDER FOR BRIEFING ON PLAINTIFF'S MOTION FOR RECONSIDERATION |
| v. | |
| ANTHONY HEDGPETH, Warden, | Docket No. 35 |
| Respondent. | |

On October 23, 2012, pro se Petitioner Leon L. Meyers, an inmate at Salinas Valley State Prison, filed a motion for reconsideration of this Court's August 7, 2012 Order Denying Motion for Discovery in which the Court stated that Petitioner must direct his discovery requests to Respondent in the first instance and, only if Respondent refused to provide the requested discovery, would a motion to compel be appropriate.

In his motion for reconsideration, Petitioner states that he requested discovery of Brady material from Respondent, but Respondent failed to respond. Petitioner again requests that the Court grant his motion to compel discovery.

The Court orders briefing on Petitioner's motion for reconsideration. Within two weeks from the date of this Order, Respondent must file a response to Petitioner's motion, indicating whether he has complied with Petitioner's discovery requests. If

Petitioner wishes to file a reply, he may do so one week after he is served with Respondent's response.

IT IS SO ORDERED.

DATED  *12/18/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.11\Meyers-11-5327 Brfg for Recon.wpd

2