IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON L. MEYERS,<br><br>    Petitioner,<br><br>    v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>    Respondent.<br>_____/ | No. C 11-5327 TEH (PR)<br><br>ORDER FOR RESPONSE TO PETITIONER'S MOTION AND VACATING BRIEFING SCHEDULE ON AMENDED PETITION |

       On November 2, 2011, Petitioner Leon L. Meyers, an inmate at Salinas Valley State Prison, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 5, 2012, with leave of this Court, Petitioner filed an amended petition. Petitioner filed other amended petitions and, on March 19, 2013, the Court issued an amended order to show cause requiring Respondent to file his answer to the last amended petition by May 20, 2013 and Petitioner to file a traverse thirty days thereafter.

       On March 28, 2013, Petitioner filed a "Motion to Compel An Answer Regarding Waiver of Exhaustion Regarding Two Habeas Petitions Filed in Conjunction with the Direct Appeal/Stay and Abeyance Issue." Doc. #53. In this motion, Petitioner requests that Respondent indicate that he will waive exhaustion and allow Petitioner's claims to be adjudicated on their merits. He indicates that he filed a motion to stay his petition on June 5, 2012, but it was mislabeled on the docket as a motion to amend the petition and,

thus, it was overlooked by Respondent and by the Court.[1]

Respondent's response to Petitioner's March 28, 2013 motion was due on April 25, 2013, but he has not filed a response. Because a determination regarding exhaustion of Petitioner's claims and Petitioner's motion to stay and abey his amended petition may make Respondent's answer to the amended petition unnecessary at this time, these issues ought be resolved before the answer is filed. Therefore, the Court orders that, within two weeks from the date of this Order, Respondent respond to Petitioner's March 28, 2013 motion and also respond to his request to stay and abey his petition. Petitioner may file a reply two weeks thereafter.  The dates for the answer and traverse to the amended petition are vacated until the issues of exhaustion and a stay are adjudicated.

IT IS SO ORDERED.

DATED     *05/15/2013*                 _____
                                        THELTON E. HENDERSON
                                        United States District Judge

G:\PRO-SE\TEH\HC.11\Meyers-11-5327MoStayAbey.wpd

---

[1] Petitioner filed a motion for stay and abeyance on June 5, 2012. However, it was attached as Exhibit H to his motion to amend the petition.  Therefore, the Court was not aware that Petitioner had filed such a motion.

2