UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEON LEE MEYERS,

        Petitioner,

   v.

ANTHONY HEDGPETH,

        Respondent.

Case No. 11-cv-05327-TEH[1]  (JD)

**ORDER DENYING SIXTH AND SEVENTH MOTIONS FOR RELIEF FROM JUDGMENT AND PRESCREENING ORDER**

Re: Dkt. Nos. 114, 115

      Petitioner Leon Meyers, a state prisoner, filed a pro se petition for a writ of habeas corpus that was denied on the merits on March 31, 2015.  Petitioner previously filed five motions for relief from a judgment pursuant to Fed. R. Civ. P. 60(b) that the Court denied.  Docket Nos. 94, 96, 103, 105, 112.  Petitioner has now filed a sixth and seventh motion pursuant to Fed. R. Civ. P. 60(b).  The motions (Docket Nos. 114, 115) are denied for the same reasons as the prior motions.  The Court notes that petitioner's appeal to the Ninth Circuit of the habeas order was denied.  Petitioner also appealed one of the denials of a motion for relief from a judgment which was also denied by the Ninth Circuit.

      In light of petitioner's multiple abusive filings, no further filings relating to the habeas order will be accepted unless pre-screened and pre-approved by the Court.  Petitioner is advised that proposed filings which simply repeat the previously rejected challenges to the order will be summarily denied filing permission.

      **IT IS SO ORDERED.**

Dated:  January 31, 2019

 

_____

JAMES DONATO
United States District Judge

---

[1] The matter was originally before the Honorable Judge Thelton E. Henderson, who has since retired.  It is now before this Court for the limited purpose of ruling on petitioner's post judgment motions.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEON LEE MEYERS,

            Plaintiff,

    v.

ANTHONY HEDGPETH,

           Defendant.

Case No.  11-cv-05327-TEH  (JD)

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

      That on January 31, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leon Lee Meyers ID: #:AB7261
Solano State Prison
P.O. Box 4000, Bldg. A4-139Up
Vacaville, CA 95696

Dated: January 31, 2019

                    Susan Y. Soong
                    Clerk, United States District Court

                    By:
                    LISA R. CLARK, Deputy Clerk to the
                    Honorable JAMES DONATO